IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12mc3592-MHT |
| | ) | (WO |
| THOMAS J. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 9) is granted and that this cause is dismissed in its entirety.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of May, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE